**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 169 EAL 2020

         Respondent          :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

         v.                      :

                                :

MICHAEL MOORE,                :

                                :

         Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 15th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.